UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-97 |
| vs. ) | |
| ) | Judges Collier/Lee |
| TODD HARMON ) | |

## NOTICE OF DEFENDANT'S REQUEST FOR PRESERVATION AND DISCOVERY MATERIALS

The Defendant, Todd Harmon, by and through counsel, hereby informs this Honorable Court that the Defendant sent his request for preservation of materials and discovery letter to the Assistant United States Attorney assigned to this case via E-mail in PDF format on Septemb 6, 2018. Counsel for the Defendant believes that it is more appropriate to merely inform the court by way of this Notice rather than to unnecessarily burden the Court Clerk's Office with the actual request for preservation letter.

Respectfully Submitted,

**DUNCAN, HATCHER, HOLLAND & FLEENOR, P.C.**

/s/ W.Adam Izell
**By: W. ADAM IZELL, BPR # 028438**
Attorney for Defendant Todd Harmon
1418 McCallie Avenue
Chattanooga, TN 37404
Telephone: (423) 266-2207, Ext. 120
Facsimile: (423) 265-8907

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 11, 2018, a true and correct copy of the foregoing Notice of Defendant's Request For Preservation And Discovery Materials was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties included on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                        **DUNCAN, HATCHER, HOLLAND & FLEENOR, P.C.**

                                        /s/   W. Adam Izell
                                        **By:  W. ADAM IZELL, BPR # 028438**